**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RICHARD SALOMON,

               Plaintiff,

vs.

SYLVANO A. GARCIA, *et al.*,

               Defendants.

2:15-cv-00332-RFB-VCF

**ORDER**

Before the court is the Unopposed Motion for Continuance of Hearing on Stipulation To Entry Of Order And [Proposed] Order Permitting Federal Housing Finance Agency To Intervene As Conservator Of The Federal National Mortgage Association Currently Scheduled For 10:00 A.M. On April 6, 2015. (#13).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Unopposed Motion for Continuance of Hearing on Stipulation To Entry Of Order And [Proposed] Order Permitting Federal Housing Finance Agency To Intervene As Conservator Of The Federal National Mortgage Association Currently Scheduled For 10:00 A.M. On April 6, 2015 (#13) is GRANTED.

IT IS FURTHER ORDERED that the hearing on the Stipulation to Entry of Order and [Proposed] Order Permitting Federal Housing Finance Agency to Intervene as Conservator to the Federal National Mortgage Association (#8) scheduled for 10:00 a.m., April 6, 2015 is VACATED and rescheduled to 2:00 p.m., April 8, 2015, in courtroom 3D.

DATED this 3rd day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE