1  LAUREL I. HANDLEY (NV Bar # 9576)
   KRISTA J. NIELSON (NV Bar # 10698)
2  **ALDRIDGE PITE, LLP**
   520 South 4th Street, Suite 360
3  Las Vegas, Nevada 89101
   Telephone: (858) 750-7600
4  Facsimile: (702) 685-6342
   E-mail: knielson@aldridgepite.com
5
   Attorneys for Defendant/Counterclaimant, FEDERAL NATIONAL MORTGAGE
6  ASSOCIATION

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 | RICHARD SALOMON, | CASE NO. 2:15-cv-00332-RFB-VCF |

11 |     Plaintiff, |

12 | vs. | **SUBSTITUTION OF ATTORNEYS** |

13 | SYLVANO A. GARCIA; LISA M. GARCIA; RBC MORTGAGE COMPANY; BANK OF NEVADA; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION as trustee for FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

17     Defendants.

18 and

19 FEDERAL HOUSING FINANCE AGENCY, AS Conservator for the FEDERAL NATIONAL MORTGAGE ASSOCIATION,

21     Intervenor.

22 FEDERAL NATIONAL MORTGAGE ASSOCIATION,

24     Counterclaimant,

25 and

26 FEDERAL HOUSING FINANCE AGENCY, AS Conservator for the FEDERAL NATIONAL MORTGAGE ASSOCIATION,

28     Intervenor.

- 1 -

|   |   |
|---|---|
| 1 | vs. |
| 2 | RICHARD SALOMON, an individual; COPPER PALMS HOMEOWNERS |
| 3 | ASSOCIATION, a Nevada Non-Profit Corporation, |
| 4 |  |
| 5 | Counter-defendants. |

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Defendant/Counterclaimant, Federal National Mortgage Association, hereby substitutes ALDRIDGE PITE, LLP, as its counsel in the place of MCCARTHY HOLTHUS, LLP.

DATED this _____ day of July, 2015.

Federal National Mortgage Association

By: _____

_____
(Print name and title)

MCCARTHY HOLTHUS, LLP hereby withdraws as counsel of record in the above-entitled action on behalf of Federal National Mortgage Association.

DATED this _____ day of July, 2015.

MCCARTHY HOLTHUS, LLP

By: _____
Kristin A. Schuler-Hintz
Nevada Bar No. 7171
Thomas N. Beckom
Nevada Bar No. 12554
9510 W. Sahara Avenue,
Suite 200
Las Vegas, NV 89117

- 2 -

vs.

RICHARD SALOMON, an individual; COPPER PALMS HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,

Counter-defendants.

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Defendant/Counterclaimant, Federal National Mortgage Association, hereby substitutes ALDRIDGE PITE, LLP, as its counsel in the place of MCCARTHY HOLTHUS, LLP.

DATED this \_\_\_\_ day of July, 2015.

    Federal National Mortgage Association

    By:_____

    _____
    (Print name and title)

MCCARTHY HOLTHUS, LLP hereby withdraws as counsel of record in the above-entitled action on behalf of Federal National Mortgage Association.

DATED this 22nd day of July, 2015.

    MCCARTHY HOLTHUS, LLP

    By: /s/ Thomas N. Beckom, Esq.
        Kristin A. Schuler-Hintz
        Nevada Bar No. 7171
        Thomas N. Beckom
        Nevada Bar No. 12554
        9510 W. Sahara Avenue,
        Suite 200
        Las Vegas, NV 89117

1  ALDRIDGE PITE, LLP, hereby accepts substitution as counsel for Federal
2 National Mortgage Association.
3  DATED this 22nd day of July, 2015.

ALDRIDGE PITE, LLP

By: /s/
Laurel I. Handley
Nevada Bar No. 9576
Krista J. Nielson
Nevada Bar No. 10698
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101

Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT.

**APPROVED**

DATED this 23 day of July, 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

- 3 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 520 South 4th Street, Suite 360, Las Vegas, Nevada 89101.

I hereby certify that on July 22, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael N. Beede, Esq., of Law Office of Mike Beede; Attorney for Plaintiff/Counter-Defendant; mike@legallv.com

Thomas Beckom, Esq., of McCarthy & Holthus, LLP; Attorneys for Defendant/Counterclaimant, Quality Loan Service Corporation; FDCNV@mccarthyholthus.com and tbeckom@mccarthyholthus.com

Jordan Butler, Esq., Justin C. Jones, Esq. and Gregory P. Kerr, Esq., of Wolf Rifkin Shapiro Schulman & Rabkin, LLP; Attorneys for Counter-Defendant, Copper Palms Homeowners Association; jbutler@wrslawyers.com, jjones@wrslawyers.com and gkerr@wrslawyers.com

John D. Tennert, Esq. and Leslie Bryan Hart, Esq., of Fennemore Craig, P.C.; Local Counsel for Intervenor/Counterclaimant, Federal Housing Finance Agency; jtennert@fclaw.com and lhart@fclaw.com

Asim Varma, Esq., Howard Cayne, Esq., and Michael A.F. Johnson, Esq., of Arnold & Porter; Attorneys Practicing Pro Hac Vice for Intervenor/Counterclaimant, Federal Housing Finance Agency; Asim_Varma@aporter.com, Howard.Cayne@aporter.com and Michael.Johnson@aporter.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2015, at Las Vegas, Nevada.

_____
NATASHA D. PETTY