Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW, Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com; Howard.Cayne@aporter.com; Michael.Johnson@aporter.com
*Attorneys for Intervenor Federal Housing Finance Agency*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD SALOMON,<br><br>    Plaintiff,<br>v.<br>SYLVANO A. GARCIA; LISA M. GARCIA; RBC MORTGAGE COMPANY; BANK OF NEVADA; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION as trustee for Federal National Mortgage Association; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br>    Defendants.<br>and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br>    Intervenor. | CASE NO. 2:15-cv-00332-GMN-VCF<br><br>**STIPULATION TO DISMISS COUNTER-DEFENDANT COPPER PALMS HOMEOWNERS ASSOCIATION** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, QUALITY LOAN SERVICE CORPORATION as trustee for Federal National Mortgage Association;<br>    Counterclaimants,<br>and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br>    Intervenor.<br>v.<br>RICHARD SALOMON; COPPER PALMS HOMEOWNERS ASSOCIATION<br>    Counter-defendants. | |

11117943.1

Counterclaimant Federal National Mortgage Association ("Fannie Mae") and Intervenor Federal Housing Financing Agency, as Conservator of Fannie Mae ("FHFA"), and Counter-Defendant Copper Palms Homeowners Association ("HOA"), by and through their undersigned counsel, stipulate and agree as follows:

Fannie Mae and FHFA dismiss, without prejudice, their claims against the HOA pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorney's fees and costs.

DATED this 15th day of December, 2015.

**ALDRIDGE PITE LLP**

By:   /s/   Laurel I. Handley
Laurel I. Handley, Esq. (SBN 9576)
Krista J. Nielson, Esq. (SBN 10698)
520 South 4th Street, Suite 360
Las Vegas, Nevada  89101
Tel: (858) 750-7600  Fax: (702) 685-6342
lhandley@aldridgepite.com;
knielson@aldridgepite.com

*Attorneys for Defendant/Counterclaimant Federal National Mortgage Association*

**FENNEMORE CRAIG, P.C.**

By:   /s/   Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com
and
**ARNOLD & PORTER LLP**
(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.

*Attorneys for Intervenor Federal Housing Financing Agency*

**GORDON & REES LLP**

By:   /s/   Ashlie L. Surur
Ashlie L. Surur, Esq. (SBN 11290)
3770 Howard Hughes Pkwy, Suite 100
Las Vegas, NV  889169
Tel: (702) 57-9300 Fax: (702) 255-2858
asurur@gordonrees.com

*Attorneys for Counter-Defendant Copper Palms Homeowners Association*

**LAW OFFICE OF MICHAEL N. BEEDE**

By:  /s/   Michael N. B eede
Michael N. Beede, Esq. (SBN 13068)
2300 W. Sahara Ave., Ste. 420
Las Vegas, Nevada 89102
Tel: (702) 473-8406   Fax: (702) 832-0248
*mike@legallv.com*

*Attorney for Plaintiff Richard Salomon*

IT IS SO ORDERED:

DATED: December 17, 2015

_____
UNITED STATES DISTRICT COURT JUDGE