# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RICHARD SALOMON,

    Plaintiff,

vs.

SYLVANO A. GARCIA, *et al.*,

    Defendants.

2:15-cv-00332-GMN-VCF

**ORDER**

Before the Court is *Richard Salomon v. Sylvano A. Garcia, et al.*, case no. 2:15-cv-00332-GMN-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., July 7, 2016, in courtroom 3D.

DATED this 27th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE