MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Plaintiff/Counter-Defendant Richard Salomon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD SALOMON, | CASE NO. 2:15-cv-00332-GMN-VCF |
| Plaintiff,<br>v. | |
| SYLVANO A. GARCIA; LISA M. GARCIA; RBC MORTGAGE COMPANY; BANK OF NEVADA; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION as Trustee for Federal National Mortgage Association; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, | **NOTICE OF DISASSOCIATION** |
| Defendants.<br>and | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association, | |
| Intervenor. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION as Trustee for Federal National Mortgage Association, | |
| Counterclaimant,<br>and | |

| | |
|---|---|
| 1 | FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association, |
| 2 | |
| 3 | Intervenor, |
| 4 | |
| 5 | vs. |
| 6 | RICHARD SALOMON; COPPER PALMS HOMEOWNERS ASSOCIATION, |
| 7 | |
| 8 | Counter-Defendants. |

Plaintiff/Counter-Defendant Richard Salomon hereby provides notice that Cheryl A. Grames, Esq. is no longer associated with The Law Offices of Mike Beede, PLLC, and requests that Ms. Grames be removed from the CM/ECF service list.

The Law Office of Mike Beede, PLLC will continue to represent Plaintiff/Counter-Defendant Richard Salomon, and requests that Michael Beede, Esq. receive all future notices.

DATED this 3rd day of February, 2017.

LAW OFFICE OF MICHAEL BEEDE, PLLC

By: _/s/ Michael Beede, Esq._____
MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
2300 W. Sahara Ave., #420
Las Vegas, NV 89102

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 2-3-2017

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, not interested in, this action. On the 3rd day of February, 2017, I caused a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be served by the method indicated:

\_\_\_ U.S. Mail

\_\_\_ U.S. Certified Mail

\_\_\_ Facsimile Transmission

\_\_\_ Federal Express

_X_ Electronic Service via CM/ECF

\_\_\_ E-Mail

                    _/s/ Allison Zeason_
                    An Employee of the Law Office of
                    Mike Beede, PLLC